**IN THE UNITED STATES DISTRICT COURT**
**THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **DANIELLE ABDUR- RAHMAN** ) | |
| ) | |
|     **Plaintiff,** ) | CIVIL NO. 2:17-CV-05704 |
| ) | |
| **v.** ) | NOTICE OF VOLUNTARY DISMISSAL |
| ) | |
| **CALIBER HOME LOANS, INC., et al.** ) | |
| ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

NOW COMES Plaintiff, by and through counsel, and voluntary dismisses this action as to all defendants without prejudice, and pursuant to F.R.C.P. 41(a)(1)(A)(i).

_____
JOSEPH L. GENTILCORE, ESQUIRE
Land Title Building, 19th Floor
100 S. Broad Street
Philadelphia, PA 19110
(215) 735-8600
mmailman@consumerlawfirm.com
jgentilcore@consumerlawfirm.com

Dated: 03/14/2018          *Attorney for Plaintiff*